**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-CR-174-KJD-(PAL) |
| MICHAEL JONES, JASON DEMKO, MICHAEL GUARIGLIA, | ) |
| Defendants. | ) |

**PROTECTIVE ORDER REGARDING THE $50,018.53 AND THE $8,252.04**

This Court having read the United States of America's Motion for a Protective Order regarding the $50,018.53 and the $8,252.04 Pending the Criminal Case, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America is authorized to maintain and preserve the $50,018.53 and the $8,252.04 until the conclusion of the instant criminal case, or pending further Order of this Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in applying for and obtaining this Order, the United States of America has complied with the requirements of 18 U.S.C. § 983(a)(3)(A)-(C) and 21 U.S.C. § 853(e) regarding the preservation of the $50,018.53 and the $8,252.04 for criminal forfeiture.

DATED this 10th day of August, 2015.

UNITED STATES MAGISTRATE JUDGE