CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>　　　　Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br>　　　　　　2:18-cr-00023-KJD-BNW<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.


## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for six months.

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00174-KJD-BNW |
| Plaintiff, | 2:18-cr-00023-KJD-BNW |
| vs. | **ORDER** |
| MICHAEL JONES, | |
| Defendant. | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 12, 2021 at the hour of 9:00 a.m., be vacated and continued to  Tuesday, July 13 , 2021, at the hour of  9:00  a.m.

DATED this  7th  day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

4