CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00174-KJD-BNW |
| Plaintiff, | 2:18-cr-00023-KJD-BNW |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| MICHAEL JONES, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for six months.

3

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | **UNITED STATES DISTRICT COURT** | |
| 3 | **DISTRICT OF NEVADA** | |

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)　Case No.: 2:15-cr-00174-KJD-BNW
　　　　　Plaintiff,　　　　　　　　)　　　　　　　2:18-cr-00023-KJD-BNW
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　**ORDER**
　　　　　　　　　　　　　　　　　　)
MICHAEL JONES,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)
_____)

　　　　Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for July 13, 2021 at the hour of 9:00 a.m., be vacated and continued to  January 18          , 2022, at the hour of 9:30 a.m..

　　　　DATED this  30th   day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

4