CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:15-cr-00174-KJD-BNW |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| MICHAEL JONES, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for ninety days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>　　　　　　　Defendant. | Case No.: Case No. 2:15-cr-00174-KJD-BNW<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 18, 2022 at the hour of 9:30 a.m., be vacated and continued to April 12, 2022, at the hour of 9:30 a.m..

DATED this 3rd day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE