CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL JONES,<br><br>            Defendant. | Case No. 2:15-cr-00174-KJD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, MICHAEL JONES, by and through his counsel, Chris T. Rasmussen, Esq., and the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on April 12, 2022, at 9:30 a.m. be vacated and continued for ninety days or for a time suitable to the court. This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance;

    2. Defendant is currently out of custody;

    3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

    4. Counsel for Defendant needs additional time to adequately prepare for sentencing;

5. Denial of this request could result in a miscarriage of justice;

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by ninety days.

7. This is the eighth request for continuance.

DATED this 31st day of March, 2022.

/s/ Chris T. Rasmussen                                              /s/ Joshua Brister
_____                                       _____
CHRIS T. RASMUSSEN, ESQ.                                    JOSHUA BRISTER
Attorney for Defendant                                              Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>    Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

4. Counsel for Defendant needs additional time to adequately prepare for sentencing;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for ninety days.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL JONES,<br><br>            Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br><br>**ORDER** |

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for April 12, 2022 at the hour of 9:30 a.m., be vacated and continued to August 9, 2022, at the hour of 9:30 a.m. in courtroom 4A.

    DATED this 4th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON