CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JONES, <br><br> Defendant. | Case No. 2:15-cr-00174-KJD-BNW <br> 2:18-cr-00023-KJD-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, MICHAEL JONES, by and through his counsel, Chris T. Rasmussen, Esq., and the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on October 11, 2022, at 9:30 a.m. be vacated and continued for forty-five days or for a time suitable to the court. This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Counsel for Defendant needs additional time to adequately prepare for sentencing;

5. Denial of this request could result in a miscarriage of justice;

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by forty-five days.

7. This is the tenth request for continuance.

DATED this 31st day of August, 2022.

/s/ Chris T. Rasmussen  /s/ Daniel J. Cowhig
_____  _____
CHRIS T. RASMUSSEN, ESQ.  DANIEL J. COWHIG
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00174-KJD-BNW |
| --- | --- |
| Plaintiff, | 2:18-cr-00023-KJD-BNW |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| MICHAEL JONES, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

4. Counsel for Defendant needs additional time to adequately prepare for sentencing;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for forty-five days.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>　　　　Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br>　　　　　　2:18-cr-00023-KJD-BNW<br><br>**<u>ORDER</u>** |

　　Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for October 11, 2022 at the hour of 9:30 a.m., be vacated and continued to <u>November 29, 2022</u>, at the hour of <u>10:00 a.m.</u> in courtroom 4A.

　　DATED this <u>　8th　</u> day of September, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON