CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JONES,<br><br>    Defendant. | Case No. 2:15-cr-00174-KJD-BNW<br>          2:18-cr-00023-KJD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, MICHAEL JONES, by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Jason M. Frierson, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on January 31, 2023, at 11:00 a.m. be vacated and continued for two weeks from January 31, 2023.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;
2. Counsel for Defendant needs additional time to adequately prepare for sentencing;
3. Defendant is not in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by two weeks days from January 31, 2023.

7. This is the twelfth request for continuance.

DATED this 23rd day of January, 2023.

| | |
|---|---|
| /s/ Chris T. Rasmussen | /s/ Daniel J. Cowhig |
| CHRIS T. RASMUSSEN, ESQ. | DANIEL J. COWHIG |
| Attorney for Defendant | Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>   Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br>         2:18-cr-00023-KJD-BNW<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare sentencing;

3. Defendant is not in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for two weeks from January 31, 2023.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JONES,<br><br>　　　　　　Defendant. | Case No.: 2:15-cr-00174-KJD-BNW<br>　　　　　　2:18-cr-00023-KJD-BNW<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 31, 2023 at the hour of 11:00 a.m., be vacated and continued to February 22, 2023, at the hour of 11:30 a.m. in courtroom 4A.

IT IS FURTHER ORDERED THAT this is the FINAL CONTINUANCE.

DATED this 24th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE